GARRY L. MONTANARI, State Bar No. 89790
JUSTIN T. BARKOWSKI, State Bar No. 274522
MICHAELIS, MONTANARI & JOHNSON, P.C.
4333 Park Terrace Drive, Suite 110
Westlake Village, CA 91361
Telephone No.:   (818) 865-0444

Attorneys for Defendant
FLIGHT TEST ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TNT EXPRESS WORLDWIDE (UK) LTD.,<br><br>            Plaintiff,<br><br>       vs.<br><br>FLIGHT TEST ASSOCIATES, INC., a California corporation; and DOES 1 – 100, inclusive,<br><br>            Defendants.<br>_____ | CASE NO.: 1:11-cv-01365-LJO-JLT<br><br>**STIPULATION AND ORDER TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF KERN**<br><br>(Doc. 10) |

**STIPULATION**

This Stipulation is entered into by and between Plaintiff, TNT Express Worldwide (UK) Ltd. ("Plaintiff"), and Defendant, Flight Test Associates, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel, with respect to the following facts:

WHEREAS, on or around August 15, 2011, Plaintiff commenced this action against Defendant, for (1) Breach of Contract, and (2) Negligence, in the U.S. District Court for the Eastern District of California, entitled *TNT Express Worldwide (UK) Ltd. v. Flight Test Assocs., Inc., et al.*, Case No. 1:11-cv-01365-LJO-JLT ("this Action");

WHEREAS, on or around August 25, 2011, Defendant moved to remand this Action to the

1 Superior Court of the State of California, County of Kern, based upon a forum-selection clause
2 contained in the alleged contractual agreement attached to Plaintiff's Complaint as Exhibit "1"; and
3     WHEREAS, Defendant's "Motion to Remand" this Action is currently scheduled for hearing
4 on September 26, 2011.
5     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
6 Parties, through their respective counsel, subject to this Court's approval, as follows:
7     1.    This Action should immediately be remanded to the Superior Court of the State of
8 California, County of Kern;
9     2.    Plaintiff and Defendant shall bear its own attorneys' fees and costs with respect to
10 the remand of this Action pursuant to this Stipulation and Order; and
11     3.    This Stipulation moots all pending motions before this Court, and all pending
12 deadlines and hearings in this Action should be taken off the Court's calendar.

DATED: September 12, 2011        MICHAELIS, MONTANARI & JOHNSON

By: /s/ Garry L. Montanari
GARRY L. MONTANARI
Attorneys for Defendants
FLIGHT TEST ASSOCIATES, INC.

DATED: September 12, 2011        CROWELL & MORING LLP

By:/s/ Melanie Natasha Henry
MELANIE NATASHA HENRY
Attorneys for Plaintiffs
TNT EXPRESS WORLDWIDE (UK) LTD.

**ORDER**

Based upon the Stipulation to Remand to the Superior Court of the State of California, County of Kern ("Stipulation"), and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. This Action is immediately remanded to the Superior Court of the State of California, County of Kern;

2. Plaintiff and Defendant shall bear its own attorneys' fees and costs with respect to the remand of this Action pursuant to the Stipulation; and

3. Because this order dismisses this case, the Clerk of the Court is ordered to close this matter.

IT IS SO ORDERED.

**Dated:   September 13, 2011**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE